IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEMARIUS MARIO CLAYTON,

       Appellant,

                          Case No.  5D21-1915

v.                           LT Case No. 2014-CF-029569-A

STATE OF FLORIDA,

       Appellee.

_____/

Decision filed June 14, 2022

Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Bryan D. Savy, of Bross & Savy, PLLC,
West Melbourne, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and WALLIS, JJ., concur.